Robert L. PIGRENET, Sr., Petitioner,

v.

BOLAND MARINE & MANUFACTURING COMPANY and The Director of the Office of Workers' Compensation Programs of the Department of Labor, Respondents.

No. 79–1782.

United States Court of Appeals, Fifth Circuit.

Jan. 26, 1981.

Pitard, Pitard & Porobil, Michael L. Lash, New Orleans, La., for petitioner.

Stewart E. Niles, Jr., Jones, Walker, Waechter, Poitevent, Carrere & Denegre, New Orleans, La., for Boland Marine, etc.

Mary A. Sheehan, U.S. Dept. of Labor, Washington, D.C., for Director, O. W. C. P.

BY THE COURT: .

A majority of the Judges in active service, on the Court's own motion, having determined to have this case reheard en banc,

IT IS ORDERED that this cause shall be reheard by the Court en banc on briefs without oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs.